STATE OF NEW JERSEY v. FREDERICK BOOKER.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAIME CRUZ RODRIGUEZ.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE MILES, JR.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ROBERTS.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD JONES.

September 14, 1988.

Petition for certification denied.